**UNITED STATES Of America,**
**Appellee,**

v.

**Emory WATKINS, Defendant–**
**Appellant.***

No. 13–2541–cr.

United States Court of Appeals,
Second Circuit.

March 26, 2015.

Julia Pamela Heit, Law Office of Julia Heit, New York, NY, for Appellant.

Alexander A. Solomon (Peter A. Norling, on the brief), for Loretta E. Lynch, U.S. Attorney for the Eastern District of New York, NY, for Appellee.

PRESENT: DENNIS JACOBS, RAYMOND J. LOHIER, JR., Circuit Judges and FRANK P. GERACI, JR.,** District Judge.

## SUMMARY ORDER

### (REDACTED VERSION)

Emory Watkins appeals from the judgment of the United States District Court for the Eastern District of New York (Wexler, *J.*), sentencing him to a three-year term of imprisonment for conspiracy to commit robbery and a consecutive five-year term of imprisonment for a related firearms offense. We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

---

* The Clerk of Court is respectfully directed to amend the official caption in this case to conform with the caption above.

** Chief Judge Frank P. Geraci, Jr., of the United States District Court for the Western District of New York, sitting by designation.

[REDACTED.]***

For the foregoing reasons, we hereby **VACATE** the sentence in Count Two and **REMAND FOR RESENTENCING** consistent with this summary order.

*** An unredacted version of this summary or-    der has been filed under seal.